

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1631

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PUBLICATION PAPER ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On November 12, 2004, the Panel transferred six civil actions to the United States District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Stefan R. Underhill.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Connecticut and assigned to Judge Underhill.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Connecticut for the reasons stated in the order of November 12, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Stefan R. Underhill.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Connecticut. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the foregoing is a true copy of the original document on file. Date: 12-15-04
KEVIN F. ROWE
Clerk
By _____
Deputy Clerk

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1631
## IN RE PUBLICATION PAPER ANTITRUST LITIGATION

DISTRICT  DIV. C.A.#

**ILLINOIS NORTHERN**
- ILN    1   04-4872    Service Web Offset Corp. v. Stora Enso North America Corp., et al.
- ILN    1   04-5777    Kukla Press Inc. v. Stora Enso North America Corp., et al.

**MASSACHUSETTS**
- MA    1   04-11583    Custom Printing of Willmar, Inc. v. International Paper Co., et al.

**NEW JERSEY**
- NJ    1   04-4188    DCI Inc. v. International Paper Co., et al.
- NJ    1   04-4331    Citation Graphics, Inc. v. International Paper Co., et al.

**OHIO NORTHERN**
- OHN    1   04-1828    Champion Printing Corp. v. International Paper Co., et al.

**PENNSYLVANIA EASTERN**
- PAE    2   04-4569    Star Printing Co., Inc. v. International Paper Co., et al.

## INVOLVED COUNSEL FOR SCHEDULE CTO-1
## DOCKET NO. 1631
## IN RE PUBLICATION PAPER ANTITRUST LITIGATION

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

John A. Cochrane
Cochrane & Bresnahan, P.A.
24 East Fourth Street
St. Paul, MN 55101-1099

Jeffrey J. Corrigan
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Robert E. Davy
Robert E. Davy, Jr. & Associates
100 North LaSalle Street
Suite 1400
Chicago, IL 60602

Joseph J. DePalma
Lite, DePalma, Greenberg & Rivas
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003

William T. Gotfryd
Susman & Watkins
20 South Clark Street
Two First National Plaza
Suite 600
Chicago, IL 60603

Bruce D. Greenberg
Lite, DePalma, Greenberg & Rivas
Two Gateway Center
12th Floor
Newark, NJ 07102

Samuel D. Heins
Heins, Mills & Olson, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Joseph E. Hopkins
Latham & Watkins
One Newark Center
16th Floor
Newark, NJ 07102

Daniel R. Karon
Weinstein, Kitchenoff, Scarlato
& Goldman
55 Public Square
Suite 1500
Cleveland, OH 44113

Steven W. Kasten
McDermott, Will & Emery, P.C.
28 State Street
Boston, MA 02109

Susan G. Kupfer
Glancy, Binkow & Goldberg
455 Market Street, Suite 1810
San Francisco, CA 94105

David Marx, Jr.
McDermott, Will & Emery, LLP
227 W. Monroe Street, #4400
Chicago, IL 60606-5096

Peter A. Pease
Berman DeValerio Pease
Tabacco, et al.
One Liberty Square
8th Floor
Boston, MA 02109

Howard J. Sedran
Levin, Fishbein, Sedran &
Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

James B. Sloan
Pedersen & Houpt, P.C.
161 North Clark Street
Suite 3100
Chicago, IL 60601-3224

Gary L. Specks
Kaplan Fox & Kilsheimer, LLP
203 North LaSalle Street
Suite 2100
Chicago, IL 60601

Eugene A. Spector
Spector, Roseman & Kodroff
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Lisa Colleen Sullivan
Howrey, Simon, Arnold &
White, LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

Arthur T. Susman
Susman & Watkins
Two First National Plaza
Suite 600
Chicago, IL 60603

Ann D. White
Mager, White & Goldstein, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046

Jane E. Willis
Ropes & Gray
One International Place
Boston, MA 02110

**Other Orders/Judgments**

3:05cv6 SRU

1:04-cv-04331-RBK-JBR CITATION GRAPHICS, INC. v. INTERNATIONAL PAPER CO. et al

## U.S. District Court

### District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from js, entered on 12/29/2004 at 9:37 AM EST and filed on 12/27/2004
**Case Name:** CITATION GRAPHICS, INC. v. INTERNATIONAL PAPER CO. et al
**Case Number:** 1:04-cv-4331
**Filer:**
**Document Number:** 5

**Docket Text:**
CONDITIONAL TRANSFER ORDER. Signed by Judge No Judge Assigned on 12/27/04. (js)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/29/2004] [FileNumber=501939-0
] [5d18ea64e9dfeea1f36e2645712b80c3cfbceeef6b2d7fb2cfb0d8cec362aeea8af
6bfef195ea82c3120584fcae93413ca09c700298db2d6dd3af94353cf6bde]]

**1:04-cv-4331 Notice will be electronically mailed to:**

BRUCE DANIEL GREENBERG    bgreenberg@ldgrlaw.com, yrodriguez@ldgrlaw.com

**1:04-cv-4331 Notice will be delivered by other means to:**

## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 15, 2004

William T. Walsh, Clerk
U.S. District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthourse
50 Walnut Street - Room 4015
Newark, N.J. 07101

Re: MDL 1631 - In re: Publication Paper Antitrust Litigation

Dear Mr. Walsh:

Enclosed is a certified copy of Conditional Transfer Order (CTO-1) filed by the Judicial Panel on Multidistrict Litigation. The Panel has determined that it is appropriate to transfer all cases related to this matter to the District of Connecticut, to the docket of the Honorable Stefan R. Underhill, U.S. District Judge.

The following files, along with a certified copy of the docket sheet, should be transferred to my attention at the above address:

**Civil Action 1:04-4188 - DCI Inc. v. International Paper Co., et al**
**Civil Action 1:04-4331 - Citation Graphics, Inc. v. International Paper Co., et al**

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Kevin F. Rowe, Clerk

By _____
Chrystine W. Cody
Deputy-in-Charge

R/cwc
enc.
cc: Judicial Panel on Multidistrict Litigation